**The Honorable Ricardo S. Martinez**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES, A WASHIGNTON NON-PROFIT CORPORATION; AND SWEDISH HEALTH SERVICES, A WASHINGTON NON-PROFIT CORPORATION,,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE 2623/623 (BEAZLEY); AND FEDERAL INSURANCE COMPANY<br><br>Defendants. | Case No. 2:18-cv-00495-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR BEAZLEY TO RESPOND TO COMPLAINT |

## **STIPULATION**

Defendant Certain Underwriters at Lloyd's, London, Syndicate 2623/623 ("Beazley") respectfully requests that the Court extend the time for Beazley to respond to Plaintiffs' Complaint by fourteen days. Plaintiffs consent to Beazley's motion as indicated by the signature below of their counsel of record. The current response date is April 11, 2018. This stipulated extension would continue Beazley's response date to April 25, 2018. The proposed extension is

STIP MTN & ORDER TO EXTEND TIME FOR
BEAZLEY TO RESPOND TO COMPLAINT
Case No.: 2:18-cv-00495-RSM -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

42037.1 001.09998

made to allow Beazley sufficient time to prepare and respond to Plaintiffs' Complaint.

Beazley and Plaintiffs hereby stipulate Beazley shall have additional time through and including April 25, 2018 to answer or otherwise respond to Plaintiffs' Complaint.

DATED this 9th day of April, 2018.

By: /s/ Frank D. Cordell (signed by Peter J. Mintzer with e-mail authorization)
Franklin D. Cordell, WSBA #26392
Brendan Winslow-Nason, WSBA #39328
Chelsey Lyn Mam, WSBA #44609
GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Ave., Ste. 4000
Seattle, WA 98154
Telephone: 206.467.6477
Facsimile: 206.467.6292
fcordell@gordontilden.com
bwinslow-nason@gordontilden.com
cmam@gordontilden.com

*Attorneys for Plaintiffs PROVIDENCE HEALTH & SERVICES and SWEDISH HEALTH SERVICES*

By: /s/ Peter J. Mintzer
Peter J. Mintzer, WSBA# 19995
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.447.6461
Facsimile: 206.588.4185
pmintzer@selmanlaw.com

*Attorneys for Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON*

STIP MTN &ORDER TO EXTEND TIME FOR
BEAZLEY TO RESPOND TO COMPLAINT
Case No.: 2:18-cv-00495-RSM - 2

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

42037.1 001.09998

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATE 2623/623 shall have up to and including April 25, 2018, to answer or otherwise respond to the Complaint.

DATED this 10 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIP MTN &ORDER TO EXTEND TIME FOR
BEAZLEY TO RESPOND TO COMPLAINT
Case No.: 2:18-cv-00495-RSM - 3

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

42037.1  001.09998