UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES, a Washington non-profit corporation; and SWEDISH HEALTH SERVICES, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Cause No. C18-495 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

**STIPULATION**

Defendant Federal Insurance Company ("Federal") respectfully requests that the Court extend the time for Federal to respond to Plaintiffs' Complaint by fourteen (14) days. Plaintiffs consent to Federal's motion as indicated by the signature below of their counsel of record. The current response date is April 11, 2018. This stipulated extension would continue Federal's

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR FEDERAL
INSURANCE COMPANY TO RESPOND TO COMPLAINT – 1
USDC WD WA/SEA CAUSE NO. 2:18-CV-00495RSM

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1200.00397 kd10g10164

response date to April 25, 2018.  The proposed extension is made to allow Federal sufficient time to prepare and respond to Plaintiffs' Complaint.

Federal and Plaintiffs hereby stipulate Federal shall have additional time through and including April 25, 2018 to answer or otherwise respond to Plaintiffs' Complaint.

DATED this 10th day of April, 2018.

| GORDON, TILDEN, THOMAS & CORDELL, LLP | SOHA & LANG, P.S. |
|---|---|
| By: s/Franklin D. Cordell (per email authorization)<br>Franklin D. Cordell<br>Brendan Winslow-Nason<br>Chelsey M. Mam<br>Gordon, Tilden, Thomas & Cordell LLP<br>1001 Fourth Ave., Suite 4000<br>Seattle, WA  98154<br>Tel: (206) 467-6477<br>Fax: (206) 467-6292<br>Email:<br>fcordell@gordontilden.com<br>Bwinslow-nason@gordontilden.com<br>cmam@gordontilden.com<br>Attorneys for Plaintiffs | By: *Geoffrey C. Bedell*<br>Geoffrey Bedell, WSBA # 28837<br>Steven Soha, WSBA #09415<br>Soha & Lang, P.S.<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA  98101-2570<br>Telephone:  206-624-1800<br>Facsimile:   206-624-3585<br>Email:<br>bedell@sohalang.com<br>soha@sohalang.com<br>Attorneys for Defendant<br>Federal Insurance Company |

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT – 2
USDC WD WA/SEA CAUSE NO.  2:18-CV-00495RSM

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1200.00397 kd10g10164

**ORDER**

Pursuant to Stipulation, Defendant Federal Insurance Company shall have up to and including April 25, 2018, to answer or otherwise respond to the Complaint.

DATED this 12th day of April, 2018.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR FEDERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT – 3
USDC WD WA/SEA CAUSE NO. 2:18-CV-00495RSM

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/Fax (206) 624-3585

1200.00397 kd10g10164