UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PROVIDENCE HEALTH AND SERVICES; and SWEDISH HEALTH SERVICES,

Plaintiffs,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,

Defendants.

NO. 2:18-cv-00495 RSM

STIPULATION AND ORDER TO EXTEND THE INITIAL DISCLOSURE DEADLINE

## I. STIPULATION

The parties respectfully submit their Stipulation and [Proposed] Order to Extend the Initial Disclosure Deadline and hereby stipulate to the following:

1. Plaintiffs Providence Health and Services and Swedish Health Services and Defendants Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley) and Federal Insurance Company, stipulate to extend the deadline to exchange Initial Disclosures by one week, from May 11, 2018 (per Dkt. No. 9) to May 18, 2018.

STIPULATION AND ORDER TO EXTEND THE INITIAL DISCLOSURE DEADLINE - 1
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL

1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

DATED this 10th day of May, 2018.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By   s/ *Chelsey C. Mam*
    Franklin D. Cordell, WSBA #26392
    Brendan Winslow-Nason, WSBA #39328
    Chelsey L. Mam, WSBA #44609
    1001 Fourth Avenue, Suite 4000
    Seattle, Washington 98154-1007
    206.467.6477
    fcordell@gordontilden.com
    bwinslow-nason@gordontilden.com
    cmam@gordontilden.com

DATED this 10th day of May, 2018.

**SELMAN BREITMAN LLP**
Attorneys for Defendants Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley)

By   s/ *Peter J. Mintzer*
    Peter J. Mintzer, WSBA #19995
    Justin Landreth, WSBA #44849
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104
    206.447.6461
    pmintzer@selmanlaw.com
    jlandreth@selmanlaw.com

STIPULATION AND ORDER TO EXTEND THE INITIAL DISCLOSURE DEADLINE - 2
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

DATED this 10th day of May, 2018.

        **TROUTMAN SANDERS**
        Attorneys for Defendants Certain Underwriters at
        Lloyd's London, Syndicate 2623/623 (Beazley)

        By    s/ *Ross Smith*
           Kevin F. Kieffer
           Monique F. Fuentes
           Ross Smith
           5 Park Plaza, Suite 1400
           Irvine, CA 92614
           949.622.2700
           Kevin.fieffer@troutman.com
           Monique.fuentes@troutman.com
           Ross.smith@troutman.com

DATED this 10th day of May, 2018.

        **SOHA & LANG, PS**
        Attorneys for Defendant Federal Insurance Company

        By    s/ *Geoffrey Bedell*
           Steven Soha, WSBA #09415
           Geoffrey Bedell, WSBA #28837
           1325 Fourth Avenue, Suite 2000
           Seattle, WA 98101
           206.624.1800
           soha@sohalang.com
           bedell@sohalang.com

STIPULATION AND ORDER TO EXTEND THE INITIAL DISCLOSURE DEADLINE - 3
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

**ORDER**

IT IS HEREBY ORDERED that the Stipulation to Extend the Initial Disclosure Deadline is GRANTED. The deadline for Initial Disclosures is May 18, 2018.

DATED this 11th day of May 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND THE INITIAL DISCLOSURE DEADLINE - 4
No. 2:18-cv-00495 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477