UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES; and SWEDISH HEALTH SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | NO. C18-495 RSM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT |

## STIPULATION

Pursuant to LCR 7(k), Plaintiffs and Defendants submit this Stipulation and Proposed Order to set a briefing schedule for their respective cross-motions for summary judgment regarding threshold legal issues in this insurance coverage action.

| Event | Date |
|---|---|
| Plaintiffs and Defendants to File Cross Motions | June 15, 2018 |
| Plaintiffs and Defendants to File Response Briefs | July 13, 2018 |
| Plaintiffs and Defendants to File Reply Briefs | July 27, 2018 |

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT - 1
No. 2:18-cv-00495 RSM

**GORDON TILDEN THOMAS CORDELL**

1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

| Event | Date |
|---|---|
| Noting Date for Cross-Motions | July 27, 2018 |

DATED this 23rd day of May, 2018.

    **GORDON TILDEN THOMAS & CORDELL LLP**
    Attorneys for Plaintiffs

    By    s/Franklin D. Cordell
        Franklin D. Cordell, WSBA #26392
        Brendan Winslow-Nason, WSBA #39328
        Chelsey L. Mam, WSBA #44609
        1001 Fourth Avenue, Suite 4000
        Seattle, Washington 98154-1007
        206.467.6477
        fcordell@gordontilden.com
        bwinslow-nason@gordontilden.com
        cmam@gordontilden.com

DATED this 23rd day of May, 2018.

    **SELMAN BREITMAN LLP**
    Attorneys for Defendants Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley)

    By    s/Peter J. Mintzer
        Peter J. Mintzer, WSBA #19995
        Justin Landreth, WSBA #44849
        800 Fifth Avenue, Suite 4100
        Seattle, WA 98104
        206.447.6461
        pmintzer@selmanlaw.com
        jlandreth@selmanlaw.com

DATED this 23rd day of May, 2018.

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT - 2
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL | 1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

|   |   |
|---|---|
| | **TROUTMAN SANDERS** |
| | Attorneys for Defendants Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley) |
| | By    s/Ross Smith |
| |     Kevin F. Kieffer |
| |     Monique F. Fuentes |
| |     Ross Smith |
| |     5 Park Plaza, Suite 1400 |
| |     Irvine, CA 92614 |
| |     949.622.2700 |
| |     Kevin.fieffer@troutman.com |
| |     Monique.fuentes@troutman.com |
| |     Ross.smith@troutman.com |

DATED this 23rd day of May, 2018.

**SOHA & LANG, PS**
Attorneys for Defendant Federal Insurance Company

By    s/Geoffrey Bedell
    Steven Soha, WSBA #09415
    Geoffrey Bedell, WSBA #28837
    1325 Fourth Avenue, Suite 2000
    Seattle, WA 98101
    206.624.1800
    soha@sohalang.com
    bedell@sohalang.com

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT - 3
No. 2:18-cv-00495 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477

**ORDER**

IT IS HEREBY ORDERED that this Stipulation and Order Regarding Briefing Schedule on Cross-Motions for Summary Judgment is GRANTED.

DATED this 24th day of May 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT - 4
No. 2:18-cv-00495 RSM

**GORDON TILDEN THOMAS CORDELL**
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007
206.467.6477