UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES, a Washington non-profit corporation; and SWEDISH HEALTH SERVICES, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No. C18-495RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY |

THIS MATTER came before the Court on Plaintiffs' Motion for Leave to File Out-of-Time Surreply. Dkt. #50. Defendants do not oppose this request. The Court has duly considered the argument, pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Out-of-Time Surreply, Dkt. #50, is GRANTED.

DATED this 28 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY - 1