UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES, a Washington non-profit corporation; and SWEDISH HEALTH SERVICES, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | Case No. C18-495 RSM<br><br>ORDER STRIKING JUDGMENT POSTED IN ERROR |

This matter comes before the Court *sua sponte*. On January 16, 2019, the Court issued an Order granting Plaintiffs' Motion for Partial Summary Judgment and denying Defendants' Motions for Summary Judgment. Dkt. #61. At the same time, the Court issued a Judgment in a Civil Case accurately setting forth the decision by the Court. Dkt. #62. Typically, the Court would not issue a judgment after ruling on partial summary judgment. This judgment was posted in error, could lead to confusion, and will be stricken. The Court will reserve issuing a judgment in this case until claims are granted or dismissed on summary judgment or at trial, unless the parties move for a judgment to be entered.

ORDER STRIKING JUDGMENT POSTED IN ERROR - 1

| | |
|---|---|
| 1 | Accordingly, the Court hereby finds and ORDERS that the Court's January 16, 2019, Judgment in a Civil Case (Dkt. #62) is STRICKEN.  The Court's Order granting Plaintiffs' Motion for Partial Summary Judgment (Dkt. #61) remains untouched. |

Accordingly, the Court hereby finds and ORDERS that the Court's January 16, 2019, Judgment in a Civil Case (Dkt. #62) is STRICKEN.  The Court's Order granting Plaintiffs' Motion for Partial Summary Judgment (Dkt. #61) remains untouched.

DATED this 17th day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE