UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES, a Washington non-profit corporation; and SWEDISH HEALTH SERVICES, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY.<br><br>Defendants. | CASE NO. C18-495RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial. Dkt. #95. The case has been previously continued twice. Dkts. #65 and #83. The Court has reviewed the briefing of the parties and finds good cause to again continue trial to aid the parties in completing discovery.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion, Dkt. #95, is GRANTED. Trial will be re-set for September 21, 2020. A new scheduling order will be issued shortly.

DATED this 21 day of January, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL– 1