UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES; and SWEDISH HEALTH SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | NO. 2:18-cv-00495 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FEDERAL INSURANCE COMPANY ONLY |

IT IS HEREBY STIPULATED by and between Plaintiffs Providence Health and Services and Swedish Health Services and Defendant Federal Insurance Company, through their counsel of record herein, that all of Plaintiffs' claims against Defendant Federal Insurance Company in this matter may be dismissed with prejudice and without costs to any party.

---

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FEDERAL INSURANCE COMPANY ONLY - 1
No. 2:18-cv-00495 RSM

J R U G R Q  600 University Street
W‌‌LOG HQ  Suite 2915
W K R P D V  Seattle, WA  98101-4172
F R U G H O O  206.467.6477

DATED this 11th day of March, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By   *s/Franklin D. Cordell*
    Franklin D. Cordell, WSBA #26392
    Jeffrey M. Thomas, WSBA #21175
    Chelsey L. Mam, WSBA #44609
    Guinevere Becker Bogusz, WSBA #52937
    Miles Bludorn, WSBA #54238
    600 University Street, Suite 2915
    Seattle, Washington 98101-4172
    206.467.6477
    fcordell@gordontilden.com
    jthomas@gordontilden.com
    cmam@gordontilden.com
    gbogusz@gordontilden.com
    mbludorn@gordontilden.com

DATED this 11th day of March, 2020.

**SOHA & LANG, PS**
Attorneys for Defendant Federal Insurance Company

By   *s/Geoffrey Bedell*
    Steven Soha, WSBA #09415
    Geoffrey Bedell, WSBA #28837
    1325 Fourth Avenue, Suite 2000
    Seattle, WA 98101
    206.624.1800
    soha@sohalang.com
    bedell@sohalang.com

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT FEDERAL INSURANCE COMPANY ONLY - 2
No. 2:18-cv-00495 RSM

Gordon
Tilden
Thomas
Cordell

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

# ORDER

Based upon the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' claims against Defendant Federal Insurance Company in this matter may be dismissed with prejudice and without costs to any party.

DATED this 12th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

By *s/Franklin D. Cordell*
   Franklin D. Cordell, WSBA #26392
   Jeffrey M. Thomas, WSBA #21175
   Chelsey L. Mam, WSBA #44609
   Guinevere Becker Bogusz, WSBA #52937
   Miles Bludorn, WSBA #54238
   600 University Street, Suite 2915
   Seattle, Washington 98101-4172
   206.467.6477
   fcordell@gordontilden.com
   jthomas@gordontilden.com
   cmam@gordontilden.com
   gbogusz@gordontilden.com
   mbludorn@gordontilden.com

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FEDERAL INSURANCE COMPANY ONLY - 3
No. 2:18-cv-00495 RSM

600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477