Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES; and SWEDISH HEALTH SERVICES,<br><br>                Plaintiffs,<br><br>      v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,<br><br>                Defendants. | NO.  2:18-cv-00495 RSM<br><br>ORDER GRANTING AGREED MOTION TO STAY PROCEEDINGS DURING PUBLIC HEALTH EMERGENCY |

THIS MATTER came before the Court on the Parties Agreed Motion to Stay Proceedings During the Public Health Emergency.  The Court has duly considered the argument, pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Parties Agreed Motion to Stay Proceedings During the Public Health Emergency is GRANTED.  This case is stayed for 60 days, and all existing case deadlines are continued indefinitely.  The parties shall submit a joint status report at the conclusion of the stay.

J R U G R Q #  600 University Street
W I O G H Q #  Suite 2915
W K R P D V #  Seattle, WA  98101
F R U G H O O#  206.467.6477

DATED this 23 day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By: *s/Franklin D. Cordell*
    Franklin D. Cordell, WSBA #26392
    Jeffrey M. Thomas, WSBA #21175
    Chelsey L. Mam, WSBA #44609
    Guinevere Becker Bogusz, WSBA #52937
    Miles Bludorn, WSBA #54239
    600 University Street, Suite 2915
    Seattle, Washington 98101-4172
    206.467.6477
    fcordell@gordontilden.com
    jthomas@gordontilden.com
    cmam@gordontilden.com
    gbogusz@gordontilden.com
    mbludorn@@gordontilden.com

ORDER GRANTING AGREED MOTION TO STAY
PROCEEDINGS DURING PUBLIC HEALTH EMERGENCY
- 2
No. 2:18-cv-00495 RSM

GORDON      600 University Street
TILDEN      Suite 2915
THOMAS &    Seattle, WA  98101
CORDELL     206.467.6477