Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH AND SERVICES; and SWEDISH HEALTH SERVICES,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SYNDICATE 2623/623 (BEAZLEY); and FEDERAL INSURANCE COMPANY,<br><br>Defendants. | NO. 2:18-cv-00495 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by and between Plaintiffs Providence Health and Services and Swedish Health Services ("Plaintiffs") and Defendant Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley), through their counsel of record herein, that all claims between Plaintiffs and Defendant Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley) in this matter may be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF DISMISSAL - 1
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

DATED this 8th day of October, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By   *s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Jeffrey M. Thomas, WSBA #21175
Chelsey L. Mam, WSBA #44609
Guinevere Becker Bogusz, WSBA #52937
Miles Bludorn, WSBA #54238
600 University Street, Suite 2915
Seattle, Washington 98101-4172
206.467.6477
fcordell@gordontilden.com
jthomas@gordontilden.com
cmam@gordontilden.com
gbogusz@gordontilden.com
mbludorn@gordontilden.com

DATED this 8th day of October, 2020.

**WILSON SMITH COCHRAN DICKERSON**
Attorneys for Defendant Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley)

By   *s/John M. Silk*
John M. Silk, WSBA #15035
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
206.623.4100
silk@wscd.com

STIPULATION AND ORDER OF DISMISSAL - 2
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

DATED this 8th day of October, 2020.

**TROUTMAN PEPPER**
Attorneys for Defendants Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley)

By   *s/Ross Smith*
    Kevin F. Kieffer
    Monique F. Fuentes
    Ross Smith
    5 Park Plaza, Suite 1400
    Irvine, CA 92614
    949.622.2700
    Kevin.Kieffer@troutman.com
    Monique.Fuentes@troutman.com
    Ross.Smith@troutman.com

STIPULATION AND ORDER OF
DISMISSAL - 3
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477

# ORDER

Based upon the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiffs' and Defendant Certain Underwriters at Lloyd's London, Syndicate 2623/623 (Beazley) in this matter may be dismissed with prejudice and without costs to any party.

DATED this 8th day of October, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**

By *s/Franklin D. Cordell*
  Franklin D. Cordell, WSBA #26392
  Jeffrey M. Thomas, WSBA #21175
  Chelsey L. Mam, WSBA #44609
  Guinevere Becker Bogusz, WSBA #52937
  Miles Bludorn, WSBA #54238
  600 University Street, Suite 2915
  Seattle, Washington 98101-4172
  206.467.6477
  fcordell@gordontilden.com
  jthomas@gordontilden.com
  cmam@gordontilden.com
  gbogusz@gordontilden.com
  mbludorn@gordontilden.com

STIPULATION AND ORDER OF DISMISSAL - 4
No. 2:18-cv-00495 RSM

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101-4172
206.467.6477